## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 31, 2014

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 13-20622    Vantage Drilling Company v. TMT Procurement Corporation, et al cons/w
    No. 13-20715    Vantage Drilling Company v. TMT Procurement Corporation, et al
                     USDC No. 4:13-CV-2301
                     USDC No. 13-33763
                     USDC No. 4:13-CV-2301

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Christina A. Gardner, Deputy Clerk
                                    504-310-7684

cc w/encl:
    Mr. Robert Andrew Black
    Mr. Jason Lee Boland
    Mr. Jason G. Cohen
    Mr. Evan Daniel Flaschen
    Mr. Robin C. Gibbs
    Mr. William Richard Greendyke
    Honorable Lynn N. Hughes
    Honorable Marvin P. Isgur
    Mr. Vidal Gregory Martinez
    Ms. Ilia M. O'Hearn
    Mr. William Alfred Wood III

P.S. to Judge Isgur and Judge Hughes: A copy of the opinion was sent to your office via email the day it was filed.